UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIEL CANTRELLE, SR. | CIVIL ACTION |
| VERSUS | NO: 24-2102 |
| HUNTINGTON INGALLS, INC., ET AL. | SECTION: "A" (3) |

## ORDER AND REASONS

The following motions are before the Court: **Motion for Leave to File Second Supplemental and Amending Complaint (Rec. Doc. 100)** and **Motion to Continue Trial (Rec. Doc. 105)** filed by the plaintiffs, Daniel Cantrelle, Sr., et al. ("Plaintiff");[1] **Motion to Stay and Continue Trial (Rec. Doc. 102)** filed by the defendant, Huntington Ingalls, Inc. ("Avondale"). Third-party defendants Foster Wheeler LLC, General Electric Company, and Paramount Global, f/k/a ViacomCBS Inc., f/k/a CBS Corporation, a Delaware corporation, f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a Westinghouse Electric Corporation, have filed an opposition to the Motion for Leave to File Second Supplemental and Amending Complaint. The motions are before the Court on the briefs without oral argument.[2]

---

[1] The motion was filed by Daniel Cantrelle, Jr., Dana Cantrelle, Kelly Cantrelle, Monica Koeppel, Paul Cantrelle, Shelley Cantrelle, and Zachary Cantrelle, on behalf of Daniel Cantrelle, Sr. Mr. Cantrelle, Sr., the original plaintiff who filed suit, is now deceased. For simplicity, the Court refers to "Plaintiff" in the singular.

[2] The Motion for Leave to File Second Supplemental and Amending Complaint was noticed before the magistrate judge in accordance with the local rules of this district. The Court elected to address the motion once it became obvious that the basis of the opposition would become moot if the Court were to grant a trial continuance.

1

Daniel Cantrelle, Sr. was diagnosed with mesothelioma in June of 2024. That same month he filed his damages lawsuit in state court against numerous defendants, including Avondale. As to Avondale, Mr. Cantrelle alleged that he was exposed to asbestos dust during his work for the company from 1960 to 1979. Avondale removed the case asserting federal officer removal jurisdiction because it built ships for the United Staes Navy pursuant to government contracts during the time of Mr. Cantrelle's alleged exposure to asbestos dust. Avondale is the only government contractor named in the lawsuit.

A jury trial is scheduled for January 12, 2026. (Rec. Doc. 79, Scheduling Order).

Plaintiff and Avondale concur that a continuance of the trial date (and extension of certain pretrial deadlines) is appropriate now that the bankruptcy stay as to claims against Liberty Mutual Insurance Co. (as insurer of Hopeman Brothers, Inc. and Wayne Manufacturing Corp.) has been lifted. Both Plaintiff and Avondale seek to assert claims against Liberty Mutual. No party opposes the request for a trial continuance. Avondale's request to stay this matter (in addition to a continuance) while the bankruptcy stay remained in place is moot. The requested continuance will be granted, which renders moot the third-party defendants' opposition to the Motion for Leave to File Second Supplemental and Amending Complaint.

Accordingly, and for the foregoing reasons;

**IT IS ORDERED** that the **Motion for Leave to File Second Supplemental and Amending Complaint (Rec. Doc. 100)** is **GRANTED**.

**IT IS FURTHER ORDERED** that the **Motion to Continue (Rec. Doc. 105)** filed by Plaintiff and the **Motion to Stay and Continue Trial (Rec. Doc. 102)** filed by

Avondale are **GRANTED** as follows: The jury trial scheduled for January 12, 2026 is **CONTINUED** and the pretrial conference scheduled for December 18, 2025 is **CANCELLED**. The Case Manager for Section A shall notice a telephone scheduling conference for the purpose of entering a new scheduling order.

October 10, 2025

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE